AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

COPY

LISA BELCHER

*Plaintiff*

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

*Defendant*

Civil Action No. 7:25-cv-81-REW

6-26-CV-00052-REW-EBA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company
Serve: Process Agent (*via Certified Return Receipt Mail)
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: K. Cody Allison, Esq./Samuel D. Payne, Esq.
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Phone: 615-234-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/16/2025

*Signature of Clerk or Deputy Clerk* tda

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 7:25-cv-81-REW

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance Company
was received by me on *(date)* 12/16/2025 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Corporation Service Company , who is designated by law to accept service of process on behalf of *(name of organization)* The Lincoln National Life Insurance Company on *(date)* 12/23/2025 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ — for travel and $ — for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/7/2026

Samuel D Payne
*Server's signature*

Samuel D. Payne, Atty. for Plaintiff
*Printed name and title*

c/o Cody Allison + Assoc., PLLC
95 White Bridge Rd., Ste. #250
Nashville, TN 37205
Ph. (615) 234-6000
*Server's address*

Additional information regarding attempted service, etc:

* Served by Certified Mail, Return Receipt Requested (See attached copies).

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

COPY

December 19, 2025

**VIA CERTIFIED MAIL # 9589 0710 5270 0142 3414 19**
**RETURN RECEIPT REQUESTED**

Corporation Service Company
Attn.: Process Agent
421 West Main Street
Frankford, KY 40601

Re: **Lisa Belcher v. The Lincoln National Life Insurance Company;**
**Civil Action No.: 7:25-cv-00081-REW-EBA (E.D. Ky.)**

Dear Sir or Madam:

Please find enclosed the following documents for service of process in the above-referenced Federal Court lawsuit:

1. Original issued **Summons** and one copy; and
2. Two copies of the **Complaint**.

If you have any questions regarding this matter or need any other information, please do not hesitate to contact me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
*Enclosures (4) (as noted)

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

CORP421 40601-RFS-1B25 *95 12/23/25
NOTIFY SENDER OF NEW ADDRESS
:CORPORATION SERVICE COMPANY
315 HIGH ST
FRANKFORT KY 40601-2110

9590 9402 8819 4005 9142 50

2. Article Number *(Transfer from service label)*

9589 0710 5270 0142 3414 19

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Robin G. Jones ☑ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

...em 1? ☐ Yes

...ow: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Mail Restricted Delivery ...00)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☒ Registered Mail ~~Restricted Delivery~~
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

COPY

USPS TRACKING #

LOUISVILLE KY 400
27 DEC 2025 PM 2 L

9590 9402 8819 4005 9142 50

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Rd, Ste 250
Nashville, TN 37205

-148360 (Belcher, R.)

COPY