UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| LISA BELCHER,<br><br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *formerly known as* Lincoln Life Assurance Company of Boston,<br><br>Defendant. | ) | No. 6:26-CV-52-REW<br><br>ORDER |

*** *** *** ***

Attorney Iwana Rademaekers moves for *pro hac vice* admission before the Court. *See* DE 6. The motion satisfies each requirement of Local Rule 83.2(a). *See id.*; Eastern District of Kentucky Local Civil Rule 83.2(a). Accordingly, the Court GRANTS DE 6 and permits Iwana Rademaekers to represent The Lincoln National Life Insurance Company *pro hac vice*.

The Court further notes that an identical motion was filed in *Belcher v. Lincoln Nat'l Life Ins.*, 7:25-CV-81. Defendant also filed its answer and counterclaim in that action. Pursuant to General Order 25-15, this case was transferred to the London Division under case number 6:26-CV-52. As a result, all future filings should be entered under this case number only.

This the 15th day of January, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**