UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:26-CV-00052-REW-EBA

LISA BELCHER, PLAINTIFF,

V.

**ORDER**

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
*formerly known as* Lincoln Life Assurance
Company of Boston, DEFENDANT.

*** *** *** ***

Upon the Court's own motion,

**IT IS ORDERED** that this matter shall come before the Court for a telephonic conference call to appear **ON THE RECORD**, originating from **FRANKFORT**, on **Monday, January 26, 2026, at 1:00 P.M.** for the purpose of establishing a schedule for the disposition of this ERISA case. The parties should also be prepared to discuss (i) their views on the appropriate standard of review and (ii) when the administrative record will be prepared and ready for filing. Counsel for both parties shall access the conference by calling Microsoft Teams Audioconferencing at 606-371-5577 and entering the Phone Conference ID: 303 624 918 (followed by #).

Signed January 16, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**