**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**LISA BELCHER,**
**Plaintiff,**

**Case No.: 6:26-cv-00052-REW-EBA**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
***f/k/a* LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**
**Defendant.**

---

**DECLARATION OF SAMUEL D. PAYNE, ESQ.**

---

I, **Samuel D. Payne**, declare under penalty of perjury that the following is true and correct:

1. I am over the age of eighteen (18) years, and I am competent to testify in all respects and have personal knowledge of the matters set forth below.

2. This Declaration is submitted in support of a motion for my *pro hac vice* admission in the above-styled case.

3. Specifically, this Declaration is intended to satisfy the requirements of Local Civil Rule 83.2 for the Eastern District of Kentucky.

4. I am an attorney with the law firm of Cody Allison & Associates, PLLC, with offices in Tennessee and contact information as follows:


Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Rd., Suite #250
Nashville, TN 37205
T: (615) 234-6000
F: (615) 727-0175
sam@codyallison.com


5. I practice law with K. Cody Allison, an attorney admitted and in good standing with the State Bar of Kentucky (KBA #97985), and who has already appeared on behalf of Plaintiff in this matter.

6. I will serve as additional counsel for Plaintiff, alongside Mr. Allison.

7. I am a member of the State Bars of Tennessee and Alabama.

8. I am currently in active status, and in good standing, with the State Bar of Tennessee; moreover, I am admitted to practice, currently in active status, and in good standing with the Supreme Court of Tennessee, which is the highest court in the State of Tennessee. ***See*, attached TN Certificate of Good Standing.**

9. With respect to the State Bar of Alabama, I am currently in voluntary inactive status, but I remain in good standing.

10. I am not currently; and never have been; disbarred, suspended from practice, or subject to other disciplinary action by any court, Bar, or other admitting or licensing authority.

11. I hereby consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

12. I have completed training for electronic case filing (ECF); this was accomplished as part of my admission to practice before the Middle District of Tennessee (if not other federal courts before whom I have practiced).

**Pursuant to federal statute 28 U.S.C. §1746, I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.**

Executed on this the 16th day of January, 2026.

**Samuel D. Payne**

**_Supreme Court of Tennessee_**

**_Certificate of Good Standing_**

*I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that*

*Samuel Donelson Payne*

*is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on May 14, 1998, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.*

*In testimony whereof, I have set my hand and affixed the seal of the Court on this the 16th day of October, 2025.*

SEAL OF THE TENNESSEE JUDICIARY
FIAT JUSTITIA RUAT COELUM
1796

*James M. Hivner*
*Clerk of the Supreme Court of Tennessee*

*By:* ______________________
*Jessica Salinas, D.C.*