**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**LISA BELCHER,**
**Plaintiff,**

**Case No.: 6:26-cv-00052-REW-EBA**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
***f/k/a* LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**
**Defendant.**

---

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF SAMUEL D. PAYNE**

---

Plaintiff, Lisa Belcher, filed a motion to admit Samuel D. Payne to appear *pro hac vice* in the above-referenced case. Having determined that the motion complies with the requirements of Local Civil Rule 83.2, it is hereby **ORDERED** that said motion is **GRANTED**.

This the ___ day of January, 2026.

________________________________
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY