UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| LISA BELCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 6:26-CV-52-REW |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *formerly known as* Lincoln Life Assurance Company of Boston, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Plaintiff, through counsel, moves for Samuel D. Payne to be granted *pro hac vice* admission before the Court. *See* DE 11. The motion satisfies each requirement of Local Rule 83.2(a). *See id.*; Eastern District of Kentucky Local Civil Rule 83.2(a). Accordingly, the Court GRANTS DE 11 and permits Samuel D. Payne to represent Lisa Belcher *pro hac vice*.

This the 17th day of January, 2026.

**Signed By:**

***Robert E. Wier*** REW

**United States District Judge**