UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 6:26-CV-00052-REW-EBA

LISA BELCHER, PLAINTIFF,

V.

**ORDER**

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
*Formerly known as* Lincoln Life Assurance
Company of Boston, DEFENDANT.

*** *** *** ***

Upon the Court's own motion,

**IT IS ORDERED** that the Telephonic Scheduling Conference previously scheduled by Order, [R. 10], for Monday, January 26, 2026, at 1:00 P.M. is hereby **RESCHEDULED** to **Thursday, January 29, 2026, at 1:00 P.M.**, originating from **FRANKFORT**. All other directives of the Court's prior order, [R. 10], remain in effect.

Signed January 23, 2026.

**Signed By:**
**Edward B. Atkins** EBA
**United States Magistrate Judge**