UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL MINUTES – GENERAL

Case No. 6:26-cv-52-REW-EBA At Frankfort Date January 29, 2026

**Lisa Belcher v. The Lincoln National Life Insurance Company**

---

PRESENT: HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Jacob Jones | Audio File |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys For Plaintiff:**
Samuel D. Payne

**Attorney For Defendants:**
Iwana Rademaekers

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is audio file.
KYED-FRK__6-26-cv-52-REW-EBA_20260129_124708

PROCEEDINGS: **TELEPHONIC SCHEDULING CONFERENCE**

Counsel telephonically appeared for a Scheduling Conference. Counsel discussed potential deadlines for briefing, standard of review, and the filing of the Administrative Record. After hearing statements of counsel and being duly advised, the Court hereby ORDERS as follows:

1. The administrative record shall be filed into the record within 90 days. Further, the parties may file the record UNDER SEAL.

2. Parties shall file simultaneous briefs into the record on or before December 11, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**

Copies: COR
Initials of Deputy Clerk JJ
TIC: /10