**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

**LISA BELCHER,**
**Plaintiff,**

**Case No.: 6:26-cv-00052-REW-EBA**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
***f/k/a* LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**
**Defendant.**

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Plaintiff Lisa Belcher and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice, with each party to bear its own costs and attorney's fees; and no costs, expenses, or fees are sought.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted:

**Cody Allison & Associates, PLLC**

*/s/ Samuel D. Payne*
K. Cody Allison, KY Bar No. 97985
Samuel D. Payne, TN Bar No. 019211 (**pro hac vice*)
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com

*Attorneys for Plaintiff*

**Law Offices of Iwana Rademaekers, P.C.**

/s/ *Iwana Rademaekers* (*w/ permiss. SDP*)
Iwana Rademaekers, Texas Bar # 16452560
*(*pro hac vice)*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2026, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

/s/ *Samuel D. Payne*
Samuel D. Payne