UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| LISA BELCHER,<br><br>Plaintiff,<br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, *formerly known as* Lincoln Life Assurance Company of Boston,<br><br>Defendant. | No. 6:26-CV-52-REW<br><br>ORDER |

*** *** *** ***

The parties filed an agreed order of dismissal seeking to terminate all claims by and between the parties. *See* DE 17. The agreement complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which permits voluntary dismissal "without court order" upon the filing of a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the Court ORDERS as follows:

1. The Court GRANTS the parties' agreed order according to its terms.
2. Each party will bear its own costs as to the claims dismissed.
3. The Court DIRECTS the Clerk to term DE 17 and STRIKES the case from the active docket with prejudice, per the agreed order.

This the 5th day of August, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**